THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SF-BAU PLOIESTI S.R.L., <br><br> Petitioner, <br><br> vs. <br><br> RAYTHEON ENGINEERS & CONSTRUCTORS INTERNATIONAL, INC., <br><br> Respondent. | ) <br> ) <br> ) C.A. NO. _____ <br> ) <br> ) 04-11806WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT OF PETITIONER SF-BAU PLOIESTI S.R.L.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, petitioner, SF-Bau Ploiesti S.R.L, submits the following as its Corporate Disclosure Statement.

SF-Bau Ploiesti S.R.L now has a place of business at Calea 13 Septembrie 90, sector 5, 050726 Bucuresti, Romania. SF-Bau Drei Vermögensverwaltung GmbH is the parent company of SF-Bau Ploiesti S.R.L.

SF-Bau Drei Vermögensverwaltung GmbH now has a place of business at Donau-City-Strasse 9, 1220 Vienna, Austria. SF Bau Drei Vermögensverwaltung GmbH in turn is 100% owned by ILBAU GmbH Deutschland, registered sub No HRB 4622 at the District Court Cottbus (Germany) having its registered address at Vetschauer Strasse 13; D-03048 Cottbus. The shareholders of ILBAU GmbH Deutschland are Bauholding STRABAG Aktiengesellschaft, with its registered address at Ortenburgerstrasse 27 in A – 9800 Spittal/Drau (Austria) holding approximately 99% and KIHOG Industrieholding Gesellschaft mbH Ortenburgerstrasse 27, A-

MCT/140173.3                                1

9800 Spittal/Drau holding approximately 1%. None of these entities is listed on a stock exchange.

As a consequence, no legal entity that is publicly traded owns 10% or more of the stock of SF-Bau Drei Vermögensverwaltung GmbH and, therefore, of the petitioner, SF-Bau Ploiesti S.R.L.

                SF-BAU PLOIESTI S.R.L.
                By its attorneys,

                */s/ James D. Masterman*
                James D. Masterman, Esq. (BBO #324000)
                Dennis M. Lindgren, Esq. (BBO #648007)
                Masterman, Culbert & Tully LLP
                One Lewis Wharf
                Boston, MA  02110
                (617) 227-8010

Date: August 18, 2004