THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SF-BAU PLOIESTI S.R.L.,<br><br>Petitioner,<br><br>vs.<br><br>RAYTHEON ENGINEERS & CONSTRUCTORS INTERNATIONAL, INC.,<br><br>Respondent. | C.A. NO. _____<br><br>04-11806 WGY |

### PETITIONER'S MOTION
### FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

Now comes the plaintiffs and pursuant to Rule 4(c) of the Massachusetts Rules of Civil Procedure, hereby move this Honorable Court for the appointment of J.C. Marchando, Boston, Suffolk County, Massachusetts as special process server in the above-captioned action. Upon information and belief, the person to be appointed process server is a constable experienced in the service of process, is 18 years of age or over and is not a party to this action.

                                                  SF-BAU PLOIESTI S.R.L.
                                                  By its attorneys,

                                                  */s/ James D. Masterman*
                                                  James D. Masterman, Esq. (BBO #324000)
                                                  Dennis M. Lindgren, Esq. (BBO #648007)
                                                  Masterman, Culbert & Tully LLP
                                                  One Lewis Wharf
                                                  Boston, MA  02110
                                                  (617) 227-8010

Date:  August 28, 2004

MCT/140513.1