THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SF-BAU PLOIESTI S.R.L., <br><br> Petitioner, <br><br> vs. <br><br> RAYTHEON ENGINEERS & CONSTRUCTORS INTERNATIONAL, INC., <br><br> Respondent. | C.A. NO. 04-11806 WGY |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Dennis M. Lindgren, attorney at law duly licensed to practice before this court and the courts of the Commonwealth of Massachusetts, as attorney for the Petitioner SF-Bau Ploiesti S.R.L., being duly sworn, depose and say that:

1. On August 20, 2004, service of process was made on the Defendant pursuant to F.R.C.P. 4(h)(1) by mailing to Raytheon Engineers and Constructors International, Inc., c/o its designated agent for service of process, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, by certified mail, postage prepaid, the following pleadings:

    (a) Summons;

    (b) Petition to Confirm Foreign Arbitral Award with Affidavit and Certification by Dr. Georg Diwok in Support of Petition to Confirm Foreign Arbitral Award; and

    (c) Corporate Disclosure Statement of Petitioner SF-Bau Ploiesti S.R.L.

2. Attached hereto as Exhibits A and B, respectively, are a copy of the Summons and the return receipt signed by Greg Borgese on behalf of Raytheon Engineers and

MCT/140654.1

Constructors International, Inc.

3. On August 20, 2004, service of process was made on the Defendant pursuant to F.R.C.P. 4(h)(1) by effecting service in hand on Raytheon Engineers and Constructors International, Inc. at its business address located at 870 Winter Street, Waltham, Massachusetts, the following pleadings:

    (a) Summons; and

    (b) Petition to Confirm Foreign Arbitral Award with Affidavit and Certification by Dr. Georg Diwok in Support of Petition to Confirm Foreign Arbitral Award; and

    (c) Corporate Disclosure Statement of Petitioner SF-Bau Ploiesti S.R.L.

4. Attached hereto as Exhibit C and D, respectively, are the original Summons and Return of Service executed by Constable and disinterested person J.C. Marchando upon Gerry Ross as employee and agent of Raytheon Engineering & Constructors International, Inc.

Signed under the pains and penalties of perjury this 24 day of August, 2004.

Dennis M. Lindgren, Esq. (BBO #648007)
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

DATE: August 24, 2004

MCT/140654.1

## CERTIFICATE OF SERVICE

I, Dennis M. Lindgren, do hereby certify that I have made service this date of the Affidavit of Service Process by mailing a copy thereof, postage prepaid to:

> Raytheon Engineers & Constructors International, Inc,
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, Delaware 19801

> Ms. Gerry Ross, Executive Secretary
> Raytheon Engineers and Constructors International, Inc.
> 870 Winter Street
> Waltham, Ma  02451

_____
Dennis M. Lindgren

Dated: August 24, 2004

MCT/140654.1