### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SF-BAU Ploiesti S.R.L.,<br><br>                Plaintiff,<br><br>v.<br><br>Raytheon Engineers & Constructors<br>International, Inc.,<br><br>                Defendant. | No. 04-11806 (WGY) |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
### RAYTHEON ENGINEERS & CONSTRUCTORS INTERNATIONAL, INC.

Pursuant to Local Rule 7.3, defendant Raytheon Engineers & Constructors International, Inc. ("RECI"), hereby states that: 1) RECI is a wholly-owned subsidiary of Raytheon Company; and 2) no other publicly held company owns 10% or more of RECI's stock.

Respectfully Submitted,

**Raytheon Engineers and Constructors International, Inc.,**
By its attorneys,

/s/ Paul M. Robertson
Paul M. Robertson, BBO# 562421
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA. 02110-1726
Tel. (617) 951-8000
Fax. (617) 951-8736
paul.robertson@bingham.com

Paul J. Lambert, BBO # 283880
**BINGHAM McCUTCHEN LLP**
Suite 800, 1120 20th Street, N.W.
Washington, D.C. 20036
Tel. (202) 778-3183
Fax. (202) 778-6155


Dated: September 8, 2004

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I caused a true copy of the above document to be served upon the attorneys of record for all parties by electronic and/or US mail on September 8, 2004.

                           <u>/s/ Paul M. Robertson</u>
                           Paul M. Robertson