## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SF-BAU Ploiesti S.R.L., <br><br> Plaintiff, <br><br> v. <br><br> Raytheon Engineers & Constructors International, Inc., <br><br> Defendant. | No. 04-11806 (WGY) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO CONFIRM FOREIGN ARBITRAL AWARD

Defendant Raytheon Engineers & Constructors International, Inc. ("RECI"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an extension of time to October 18, 2004, to respond to the plaintiff's Petition to Confirm Foreign Arbitral Award (the "Petition"). In support of this assented-to motion, RECI states:

1. Additional time is needed to respond to the extensive allegations contained in the Petition;

2. Plaintiff has assented to the motion; and

3. There will be no prejudice to any other party from the granting of this extension.

WHEREFORE, defendant Raytheon Engineers and Constructors International, Inc., respectfully requests that the Court extend to October 18, 2004, the due date for its response to Plaintiff's Petition to Confirm Foreign Arbitral Award.

| Respectfully Submitted, | Assented to by: |
|---|---|
| **Raytheon Engineers and Constructors International, Inc.,**<br>By its attorneys, | **SF-BAU Ploiesti S.R.L.**<br>By its attorneys, |
| /s/ Paul M. Robertson<br>Paul M. Robertson, BBO # 562421<br>**BINGHAM McCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA. 02110-1726<br>Tel. (617) 951-8000<br>Fax. (617) 951-8736<br>paul.robertson@bingham.com | /s/ James D. Masterman<br>James D. Masterman, BBO # 324000<br>Dennis M. Lindgren, BBO # 648007<br>**Masterman, Culbert & Tully LLP**<br>One Lewis Wharf<br>Boston, MA 02110<br>Tel. (617) 227-8010 |

Paul J. Lambert, BBO # 283880
William S. D. Cravens, BBO# 641072
**BINGHAM McCUTCHEN LLP**
Suite 800, 1120 20th Street, N.W.
Washington, D.C. 20036
Tel. (202) 778-3183
Fax. (202) 778-6155

Dated: September 30, 2004

CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of the above document to be served upon the attorneys of record for all parties by electronic and/or US mail on September 30, 2004.

/s/ Paul M. Robertson
Paul M. Robertson

LITDOCS/564888.1