```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


SF-BAU PLOIESTI S.R.L.

        V.
                                          CIVIL ACTION

                                          NO. 04-11806-WGY
RAYTHEON ENGINEERS
```

ORDER OF RECUSAL

YOUNG, C.J.

    The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

```
                         WILLIAM G. YOUNG
                         UNITED STATES DISTRICT JUDGE

                         By the Court,


                         /s/ Elizabeth Smith
                         _____
                              Deputy Clerk
```