# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.  04-cv-11806 WGY - JLT

   Title: **SF-Bau Ploiesti S.R. L**

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge **Young** has been transferred to Judge **Tauro** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **JLT.**

Thank you for your cooperation in this matter.

          TONY ANASTAS
          CLERK OF COURT


     By:     Kimberly M. Abaid
          Deputy Clerk

Date:  October 28, 2004

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)                              [ntccsasgn.]