THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SF-BAU PLOIESTI S.R.L., ) | |
| ) | C.A. NO.  04-11806  JLT |
| Petitioner, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| RAYTHEON ENGINEERS & CONSTRUCTORS ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), the petitioner SF-Bau Ploiesti S.R.L. in the above-entitled action hereby notices the dismissal of the action with prejudice and with all rights of appeal being waived.

**SF-BAU PLOIESTI S.R.L.,**

By its attorney,

/s/  James D. Masterman
James D. Masterman
BBO #324000
**MASTERMAN, CULBERT &
TULLY LLP**
One Lewis Wharf
Boston, MA  02110
Tel. (617) 227-8010
Fax. (617) 227-2630

DATE:   November 8, 2004

MCT/143063.2            – 1 –